United States District Court for the Southern District of NY

14-1218

Civil Division

# 14CV5270

Mr. Frederick H. Banks
#05711-068
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505,

           Plaintiff

   v.

PRO SE

Case No. _____

Tibco; Giga Om Research;
Sqrrl; Apple; Microsoft; Google;
Strafor Global Intelligence; Oxford
Internet Institute; American Civil
Liberties Union; General Electric
           Defendants

JURY TRIAL DEMANDED

### Complaint

Plaintiff Frederick Banks ("Banks") alleges for his Complaint as follows: Major portion of conspiracy took place while Banks was in ~~Sedwick County Kansas Jurisdiction~~, the Southern District of NY Manhattan.

1. Banks is a federal inmate serving a 14 month sentence which expires by October 2014. From on or about 2011 to present Defendant's Tibco, Giga Om Research, Sqrrl, Apple, Microsoft, Google, Strafor Global Intelligence, Oxford Internet Institute, General Electric conspired willfully and intentionally in a civil conspiracy to use Secure Voice Coding and Voice to Skull technology (see nsa.gov, wired.com, fas.org Search "Voice to Skull") with the CIA Office of Science and Technology (Behavioral Modification Unit) and other unknown co-conspirators to electronically harass Banks. Using Voice to Skull ("V2K") the harassing Defendants used bio-electric sensors and sub aural frequencies to pipe video and audio messages into Banks skull 24/7. The messages/transmissions gave Banks the shakes, made him woozy, altered his perceptions and caused him to resign from his restaurant job and be subsequently reincarcerated for CIA and Defendants manufactured supervised release violation. Banks was harassed for apparently running President Obama in a few lawsuits and the Federal government while he was incarcerated in the Federal Bureau of Prisons. Banks also due to the harassment experienced electric shock sensations and virtual chilling winds. All of the Defendants conduct was willful, intentional, purposeful and intentional/intelligent when Banks contacted Defendants to request that they contact Susan Viscuso, CIA, J&PC, Washington, DC 20505 at (703) 613-1287 and stop the electronic harassment they did not reply. Banks was damaged in the amount of $112,000,000 because of interests he lost in the financial markets being not able to trade during the years of the harassment and his job loss and confinement. For example $2,000 at 10% daily easily accrues in the Forex market USD/EUR to over 1 billion dollars in under a year. Thus Banks request for damages is a conservative amount. Defendants had a contract working together to conspire to harass and do harm to Banks. They should be enjoined from the continued harassment just like the court did in James Wilbert v. Jeremiah Redford (Sedwick City District Court). A Jury Trial is demanded.

WHEREFORE, judgment should be entered for Plaintiff and against Defendants in the amount of $112,000,000 along with costs, interest and fees. Defendants should be enjoined from employing electronic harassment against Plaintiff. A Jury Trial should be ordered.

Respectfully submitted,

Frederick Banks
#05711-068, NEOCC
2240 Hubbard Road
Youngstown, OH 44505
Plaintiff

US District Court for the Southern District of NY

~~United States District Court~~
~~Middletown Orange County~~

Frederick Banks, et al,
      Plaintiffs,

Tibco, et al. v.
~~One or More et al,~~
      Defendants.

Civil Action No

Motion for Copies for Service

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed IFP in this action and represent; I also move the Court for Copies for Service of process I don't have access to a copier.

1. Plaintiff's are confined in federal prison and have no current job.
2. Plaintiff's hold the following sums
    trust fund account _____
    Bank accounts _____
    Other accounts _____

3. Plaintiff's have no received any money from any sources in the past 12 months ~~excepted~~ except _____ from Family

4. Plaintiff's have no dependents they are presently supporting.

5. There is no 6 month trust fund statement available as plaintiff ~~ah~~ has not been ~~f~~confined for six months.

WHEREFORE, the foregoing motion should be granted.
    Executed this 15th day of June 2014 under the penalty for perjury in the USA

Dated: 6/19/14              By: _____

                               By: _____

The District Court for the ~~Northern County~~ Southern District of NY

Civil Division

Frederick Banks,
    Plaintiff,
    v.
Tibco; Giga Om Research;
Sqrrl; Apple; Microsoft; Google;
Stratfor Global Intelligence; Oxford
Internet Institute; American Civil
Liberties Union; General Electric,
    Defendants.

Case No. _____

Jury Trial Demanded

## Summons

To: Tibco
3303 Hillview Ave
Palo Alto CA 94304

American Civil Liberties Union
125 Broad St. 18th Floor
New York, NY. 10004

Oxford Internet Institute
1 St. Giles Oxford
OX1 3JS
United Kingdom

Giga Om Research
612 Howard Street
2nd floor
San Francisco, CA 94105

Sqrrl
275 3rd St 2nd Floor
Cambridge, MA 02142

Stratfor Global Intelligence
221 West 6th Street
Suite 400
Austin, TX 78701

A lawsuit has been filed against you. Within 28 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint. The answer must be served on plaintiff's attorney, Frederick Banks, whose address is 05711068, NEOCC, 2240 Hubbard Road, Youngstown, OH 44505. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer with the court.

Date: _____

                                                  Clerk of Court