US ~~STATE~~ District Court of ~~Kansas~~, ~~Sedgwick County~~
~~Wichita KS for the Southern District~~

Civil Division

Frederick Banks, an American Indian,
#05711068
NEOCC
2240 Hubbard Road
Youngstown, OH 44505,

    Plaintiff,        Case No.

v.

Jim Brennan, Director of Central Intelligence; Federal Bureau of Prisons; Pam Butler, CCM (Pittsburgh); Charles Samuels; Ken Suiucar; Anthony Haynes, Executive Secretariat, FBOP; Michelle, Sasha and Malia Obama; Central Intelligence Agency (CIA); Directorate, CIA Office of Science and Technology Behavioral Modification Unit; President Barack Obama; Eric Holder; Secretary of State; Senator Saxby Chambliss; 30 or more unknown named CIA Office of Science & Technology techs; Section Chief, CIA Office of Science & Technology BM Unit; Hon Joy Flowers Conti, Hon Nora Barry Fisher, Sharon Conley, Clerk, David Acton, Robert Cessar, Katerini Weymouth, Martin Baron, Susan Viscuso, CIA FOIA officer, Director, Office of Information Programs & Services Dept of State,

    defendants.

Jury Trial Demanded

Complaint, a/k/a Petition for a Protective Order and Restraining order

[The only reason Plaintiff had a mental disease diagnosis while in the bop he reported the CIA electronic harassment and some idiot doctor during a five minute video conference slapped it on him her name was Ann Cuccio. Later a Dr. Wettstein adopted her report but said outside de of hearing of electronic harassment Banks was fine. 3 other doctors 2 at CCM and one at Renewal Center found nothing wrong with Plaintiff]

In the SDNY the following occurred.

Plaintiff Frederick Banks ("Banks") an American Indian represents for his Complaint as follows; Banks is an American Indian and member of the Sioux tribe (see bop.gov at #05711068, Inmate Locator, "Frederick B Banks") he is also a tribal official. Conti, Hudson, Cessar, Fisher, Weymouth and Baron failed to protect Banks from the following allegations and instead punished him with a prison term. Viscuso failed to reply to a FOIA request & sent via email. 1. during 2012 while on a plane in route from Kansas to FCC Forrest City, Arkansas and NYC. [in addition the US Department of State failed to respond w/ records & held on Banks to an FOIA/PA Act Request]

a federal prison, Obama, Brennan and the Directorate at the CIA entered Banks into a CIA behavioral modification program and authorized the entry because of several lawsuits Banks filed which named the President and over 860 lawsuits he filed against the federal government. The entry resulted in the CIA out of the Science & Technology Center and Defendants electronically harassing Plaintiff 24 hours a day, 7 days a week using V2K (Voice to Skull) Technology. V2K is listed on nsa.gov as "Secure Voice Coding." Also see "Voice to Skull" search wired.com "Court to Defendant Stop Claiming That Aliens Mind" in which this Court enjoined a Defendant from using electronic harassment to harass a Plaintiff, See James Walbert v. Jeremiah Redford (In Redford this Court issued a restraining order against the Defendant on a similar set of facts) Using V2K the CIA for over 50 years has used bio-electric sensors that infiltrate a human organism's bio-electric impulses that the brain gives off to control the target, Banks, like a puppet. As a result of these electromagnetic brain assaults Banks was reincarcerated on a supervised release violation when due to the harassment he had to resign from his retirement job. The transmissions insult his Wiccan Religion, his race and his heretage along with his intelligence, cause severe trauma, headaches and sleep deprivation. In June a nurse named Ashley Bentz examined Banks at NEOCC when he is confined and found that his eyes were red and his blood pressure was elevated due to lack of sleep. On another recent occassion Banks blood pressure read 140 over 120. Like Walbert Banks has felt electric shock sensations, popping and ringing in his ears and generated tones but also hearing wind due to the virtual reality like effects the CIA employed. The Defendants also were able to record Banks memories, communicate in real time and see and hear and record everything Banks sees and feels. Banks believes that the only reason the Directorate and CIA told him it was there was to prevent more lawsuits on unresponsible parties. Plaintiff believes that the CIA is responsible for all the electronic harassment in the USP and abroad and is using the V2K technology to influence world leaders and events. As in Walbert this court should issue a restraining order and award damages for Invasion of Privacy, negligence, violations of the First Amendment Free Exercise, Privacy and Free Speech and Fifth and Fourteenth Amendment Due Process and Eighth Amendment Rights in the amount of 100,000,000.00 along with costs, interest and fees. Obama monitored Banks on his blackberry, Holder & Chambliss failed to protect and Obama authorized ~~use of after~~

[The CIA because it knew Banks was a recovering alcoholic who took the RRP treatment program continually hit him with a virtual reality program that ~~~~~~ ordered the harassment. Finally, another reason Banks is being harassed by defendants is because] ~~~~ his liver to return to drinking to slow

he is a plaintiff in the largest settlement in U.S. history. Cobell v. Salazar (D.C. Cir.) which settled against the USA for 3.4 Billion dollars. Developments in the mapping of the brain see National Geographic the science of the Brain and Kirilian photography allowed the defendants to execute and implement their terror campaign of V2K assaults on the American public and abroad. They concentrate in typical CIA fashion on people that "can't fight back" prostitutes, prisoners, mentally ill and drug addicts. A very sick and twisted deviant game. A jury trial should be ordered and a preliminary restraining order should issue immediately. Since Banks is an American Indian all rules, regulations, statutes and the Constitution are construed in his favor. Deney v. USA, 247 F.Supp 533 (D.C. Ken 1965).

Wherefore, Judgment should be entered for Plaintiff and against defendants in the amount of 100,000,000 along with costs, interest and fees, a preliminary restraining order should issue and a permanent injunction, and a jury trial should be ordered along with all other requested and warranted relief.

[Defendants technology also allowed them to project audio and video into plaintiffs dreams. In one projected scene they put plaintiff in a collapsing building. When he awoke they stated "if you keep him on the USA that's what you're gonna get Wiccan." The CIA harassers goal also was to try to get plaintiff to act in antisocial ways so that his friends and family would distance themselves from him. They did this so that people that knew him well and would believe him would think that he lost his mind and therefore would not believe him. In one of the many ways they did this they piped audio sound samples of one of plaintiffs nieces into his head stating that another niece had a "fire" at her house while she was traveling for work. They tried to convince plaintiff to inform his family that they were in danger because someone who possibly committed theft against plaintiff lived in the same neighborhood. The goal of all this disinformation and ridiculousness was to push Banks family and friends away from him so the CIA in typical fashion could further isolate him. An isolated person is much easier to manipulate and harass and as plaintiff previously stated the CIA harassed US citizens that "could not fight back" prisoners, prostitutes, drug addicts and the mentally ill and the homeless. Obama not only authorized personally this criminal and civil conspiracy he monitored it in real time and joked about it with friends and family and other government officials over tea and at dinner parties. The joking soon stopped when plaintiff started suing however when the dust landed the electronic harassment increased and got much more intense and animated.] [Banks EMF detector that picks up the CIA transmissions went off 24 hours daily before he was returned to prison. See Exhibit A.] All the judges had to do was contact both the State Department and the CIA to determine if Banks allegations had merit yet he failed and Page 2 of 2 continued to refuse to take that simple basic step.

Respectfully Submitted,

Frederick Banks
#05711068
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

Plaintiff



In the District Court of Kansas, Sedgwick County
~~United States District Court~~
Wichita, KS

Frederick Banks, et al,
    Plaintiffs,

v.

Jim Brennan ~~One or More~~ et al
    Defendants.

Civil Action No

Motion for Copies for Service of Process and
## MOTION TO PROCEED IN FORMA PAUPERIS
and Request to Copies

Plaintiff's request to proceed IFP in this action and represent; for service of process

1. Plaintiff's are confined in federal prison and have no current job.
2. Plaintiff's hold the following sums
    trust fund account _0_
    Bank accounts _0_
    Other accounts _0_

3. Plaintiff's have no received any money from any sources in the past 12 months ~~existed~~ except _$150.00_ from Family

4. Plaintiff's have no dependents they are presently supporting.

5. There is no 6 month trust fund statement available as plaintiff has not been ~~f~~confined for six months.

WHEREFORE, the foregoing motion should be granted.
    Executed this _13th_ day of _June_ under the penalty for perjury is true

By: _[signature]_

Dated: _6/13/14_

By: _____

IN THE US District Court of Sedgwick County
Wichita, KS

Frederick Banks,
    Plaintiff,
v.

Jim Brennan, Directorate, Barack Obama,
Eric Holder, Saxby Chambliss, 3 or more CIA Techs,
Section Chief CIA; CIA; Honorable Joy Flowers Conti, et al.
    Defendants.

Civil Division

Case No. _____

Jury Trial Demanded

## Summons

To:

Jim Brennan, Director of the CIA
c/o US Attorney
US Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Directorate, CIA Office of Science
and Technology Behavioral Modification
Unit c/o US Attorney
US Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Barack Obama, President
The White House
1600 Pennsylvania Ave, NW
Washington, DC 20534

Eric Holder, US Attorney General
950 Pennsylvania Ave, NW
Washington DC 20534

Sharon Conley, Law Clerk
US Courthouse
700 Grant Street
Pittsburgh, PA 15219

Robert Cessar, AUSA
US Attorney's Office
US Courthouse
700 Grant St.
Pittsburgh, PA 15219

Director, Office of
Information Programs
and Services, US Dept of
State, SA2,
Washington, DC
20522

Susan Viscuso
Central Intelligence
Agency
Information and Privacy
Coordinator
Washington, DC 20505

Senator Saxby Chambliss
United States Senate
Washington, DC 20510

Section Chief CIA
c/o US Attorney
US Courthouse
333 Constitution Ave, NW
Washington, DC 20001

Honorable Joy Flowers Conti
US Courthouse
700 Grant St.
Pittsburgh, PA 15219

Hon Nora Barry Fischer
US Courthouse
700 Grant St.
Pittsburgh, PA 15219

David Hickton
US Attorney
US Courthouse
700 Grant St.
Pittsburgh, PA 15219

Katharine Weymouth and
Martin Baron
Washington Post
1150 15th St, NW
Washington, DC 20071

A lawsuit has been filed against you. Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint. The answer must be served on plaintiff's attorney, Frederick Banks, whose address is 05711-068, NEOCC, 2240 Hubbard Road, Youngstown, OH 44505. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer with the court.

Date _____

_____
Clerk of Court